# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146118

LINDA HODGE,
      Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.

SC: 146118
COA: 308723
Wayne CC: 10-012109-AV

_____/

On order of the Court, the application for leave to appeal the September 24, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We note that a similar issue is presented in the case of *Moody v Getwell Medical Transport*, 491 Mich 923 (2012), which we remanded to the Court of Appeals for consideration as on leave granted by order dated May 23, 2012.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

h0225